In the Matter of the Application of WILLIAM B. MCDONALD, Respondent, for a Certiorari Order against JOSEPH D. MCGOLDRICK and Others, Constituting the Board of Revision of Assessments of the City of New York, and Others, Appellants. — Order denying defendants' motion to vacate the order of certiorari affirmed, with ten dollars costs and disbursements. The petition made on behalf of property owners by their attorney properly brings the question of review before the court. (Civ. Prac. Act, § 1290; *Matter of Belmont*, 40 Misc. 133; affd., 83 App. Div. 643.) There has been no determination as to the amount of damages sustained and, therefore, the confirmation by the board of revision of assessments is not final and conclusive. The rejection of the claims of the property owners was based on legal conclusions not involving the question of damages and is, therefore, subject to review. The construction to be given to section 951 of the charter will not be determined upon this incomplete record. (*People ex rel. Corner Operating Co.* v. *Weise*, 243 App. Div. 818, decided March 25, 1935.) The appellants should file their return, saving all questions for review on the final determination of the certiorari proceeding, such return to be filed within twenty days after the entry of the order in this proceeding. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the General Assignment for the Benefit of Creditors of TAYLOR SPECIALTY STORES, INC., Assignor, to JACK L. SCHNEIDER, Assignee. FRANK SHATTUCK COMPANY, Appellant, v. JACK L. SCHNEIDER, Respondent.— In a general assignment proceeding under the Debtor and Creditor Law, order removing a Municipal Court action and consolidating it with the general assignment proceeding reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the Special Term had no power to make the consolidation, and furthermore, assuming that the court had such power, its discretion was not properly exercised. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

HENRY E. KRAMMER, Appellant, v. STEPHEN VAN DE WATER, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that there is a failure to show special circumstances such as authorizes the examination of a witness under section 288 of the Civil Practice Act. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.